IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   14-cv-02054-WYD-KLM

UNITED STATES OF AMERICA,

 Plaintiff,

v.

$13,900.00 IN UNITED STATES CURRENCY,

 Defendant.

---

## DEFAULT JUDGMENT

---

 Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order , filed on November 13, 2014, by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

 ORDERED that default judgment is hereby entered in favor of Plaintiff, United States of America, and against Defendant, $13,900.00 in United States Currency as follows:

 1.  That default and forfeiture of Defendant Currency including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881;

 2.  That the United States shall have full and legal title as to Defendant Currency and may dispose of said property in accordance with law;

 3.  That the Default and Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to Defendant Currency under 28 U.S.C. § 2465.

DATED at Denver, Colorado this 13th day of November, 2014.

            FOR THE COURT:

            JEFFREY P. COLWELL, CLERK

            /s/ Robert R. Keech
            Robert R. Keech,
            Deputy Clerk